# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE BELL, ) | NO. EDCV 08-01913 VAP (SS) |
| Petitioner, ) | |
| ) | **ORDER ADOPTING FINDINGS,** |
| v. ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| LYDIA C. HENSE, Warden, ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Amended Report and Recommendation. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The Motion for Stay pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269, 125 S. Ct. 1528, 161 L. Ed. 2d 440 (2005), is DENIED.

2. Petitioner's request to dismiss claims three and four of the Petition is GRANTED.

3. Claims three and four of the Petition are DISMISSED without prejudice.

4. Petitioner's request for a stay pursuant to <u>Kelly v. Small</u>, 315 F.3d 1063 (9th Cir. 2003), <u>overruled on other grounds by</u> <u>Robbins v. Carey</u>, 481 F.3d 1143 (9th Cir. 2007), is DENIED.

5. Respondent is ORDERED to file an Answer or other response to the Petition within thirty (30) days of the date of this Order.

6. The Clerk shall serve copies of this Order by United States mail on counsel for Petitioner and on counsel for Respondent.

DATED: Dec. 29, 2009

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE