1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY LEE BELL, | ) | NO. EDCV 08-01913 JST (SS) |
| | ) | & NO. EDCV 10-00014 JST (SS) |
| Petitioner, | ) | |
| v. | ) | |
| MAURICE JUNIOUS, Acting Warden, | ) | |
| Respondent. | ) | **JUDGMENT** |
| AND | ) | |
| NATALIE DeMOLA, | ) | |
| Petitioner, | ) | |
| v. | ) | |
| JAVIER CAVAZOS, Acting Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

\\
\\
\\

IT IS HEREBY ADJUDGED that the Bell Petition and the DeMola Petition are GRANTED. The action is remanded for a new trial within 120 days of this decision, plus any additional delay authorized under state law. If the State elects not to pursue a retrial, Bell and DeMola shall be released from custody within 120 days of the date the Judgment herein becomes final.

DATED: 9.24.11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE