**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY LEE BELL,<br><br>        Petitioner,<br><br>  v.<br><br>J. SOTO, Warden,<br><br>        Respondent.<br><br>AND<br><br>NATALIE DEMOLA,<br><br>        Petitioner,<br><br>  v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>        Respondent. | No. ED CV 08-1913 JLS (SS) &<br>No. ED CV 10-0014 JLS (SS)[1]<br><br><br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

---

[1] Terry Lee Bell was tried jointly with co-defendant Natalie DeMola. Accordingly, on August 8, 2011, the Court consolidated their respective habeas actions in the interests of judicial economy. (Dkt. No. 32).

1 IT IS HEREBY ADJUDGED that the above-captioned actions are
2 dismissed with prejudice.
3
4 DATED: May 20, 2015

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2